UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SBO PICTURES, INC.<br>9040 Eton Avenue<br>Canoga Park, CA 91304<br><br>    Plaintiff,<br><br>    v.<br><br>DOES 1 – 87<br><br>    Defendants. | Civil Action No. 11-1962 (JDB/JMF) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice.

The reason is that this matter has been pending for an extended period. Any discovery will not produce results because the data retention period for the internet service providers has expired.

Respectfully submitted this 30th day of May, 2012.

                        FOR THE PLAINTIFF:

                        By:   /s/ Mike Meier
                        Mike Meier (D.C. Bar #444132)
                        The Copyright Law Group, PLLC
                        4000 Legato Road, Suite 1100
                        Fairfax, VA 22033
                        Phone: (888) 407-6770
                        Fax: (703) 546-4990
                        Email:
                        mike.meier.esq@copyrightdefenselawyer.com

                        ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on 30 May 2012, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system.

By:  /s/ Mike Meier
Mike Meier (D.C. Bar #444132)
The Copyright Law Group, PLLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Phone: (888) 407-6770
Fax: (703) 546-4990
Email: mike.meier.esq@copyrightdefenselawyer.com

ATTORNEY FOR PLAINTIFF